```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
ALEKSEY BELYAKOV,                          :    22cv2515 (DLC)
                                           :
                      Plaintiff,           :         ORDER
                                           :
         -v-                               :
                                           :
RASOLLI FOOTWEAR CORP.,                    :
                                           :
                      Defendant.           :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

On September 21, 2022, the parties submitted a joint letter requesting referral to the Court-annexed Mediation Program. Accordingly, it is hereby

ORDERED that this case will be referred to mediation. The Clerk of Court will contact the parties when a mediator has been selected.

Dated:   New York, New York
         **September 22, 2022**

                                             DENISE COTE
                               United States District Judge